

# Schnader
### ATTORNEYS AT LAW
*The Higher Calling of the Law*

140 Broadway Suite 3100
New York, NY 10005-1101
212.973.8000   Fax 212.972.8798   schnader.com

April 14, 2022

Gary N. Smith
Direct Dial 212-973-8023
E-Mail: GSmith@schnader.com

**VIA ECF**

Hon. John G. Koeltl
United States District Court
500 Pearl St.
Courtroom 14A
New York, New York 10007

      **Re:**   <u>Charles v. Family Dollar</u>
              SDNY 20-cv-8784 (JGK)

Dear Judge Koeltl:

      We represent Defendant Family Dollar Stores of New York, Inc. sued herein as Family Dollar ("Family Dollar"). Pursuant to Your Honor's Individual Practice Rule I.E., Family Dollar respectfully requests a brief adjournment of the oral argument on its motion for summary judgment, currently scheduled for April 21, 2022 at 2:30 p.m. The reason for the request is that I will be away on vacation next week. Counsel for Plaintiff has consented to this request. This is the first request for an adjournment, and an adjournment will not affect any other scheduled deadlines.

      If the Court has any questions or requires any additional information, please feel free to contact me.

*[Handwritten: ADJOURNED TO FRIDAY, APRIL 29, 2022, AT 10:30AM.]*

Respectfully submitted,

SCHNADER HARRISON SEGAL & LEWIS LLP

*[Handwritten: SO ORDERED / [signature] / USDJ / 4/14/22]*

s/ Gary N. Smith
Gary N. Smith, Esq.
*Attorneys for Family Dollar Stores of New York, Inc.*

---

Schnader Harrison Segal & Lewis LLP

NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE