UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA CHARLES,

                Plaintiff,          20-cv-8784 (JGK)

    - against -                ORDER

FAMILY DOLLAR,

                Defendant.

---

**JOHN G. KOELTL**, District Judge:

    For the reasons explained at the teleconference held on April 29, 2022, the defendant's motion for summary judgment is **denied**. The Clerk is directed to close ECF No. 13.

    The plaintiff should make a settlement demand to the defendant by **May 4, 2022**.

    The parties should submit a joint pretrial order, requests to charge, and voir dire by **May 20, 2022**.

    The parties should file responses and objections by **May 27, 2022**.

    The parties shall be ready for trial on **48 hours'** notice starting **June 17, 2022**.

SO ORDERED.
Dated:    New York, New York
            April 29, 2022

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                        United States District Judge